| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| --- | --- | --- |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 34 |
| CHARLES T. TUCKER, JR. | * | September Term, 2025 |

## ORDER

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension filed by the petitioner pursuant to Rules 19-721(a)(2) and 19-737 and upon consideration of parties' responses to the Court's order to show cause, it is this 20th day of February 2026, by the Supreme Court of Maryland,

ORDERED that, commencing on March 23, 2026, the respondent, Charles T. Tucker, Jr., is suspended for six months from the practice of law in the State of Maryland for violations of Virginia Rules of Professional Conduct 1.4(b), 8.1(a) and 8.4(b); and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk